E-FILED
Friday, 21 May, 2021  12:27:42 PM
Clerk, U.S. District Court, ILCD

Rules And Regulations For Sentance Credit.
Pursuant To 730 ILCS  5/3 - 6 - 3
Offender Covid-19 Sentance credit Application.

Offender: DaVaree Darden          IDoc #: Y33514
MSR: 12-15-2021
Inmate is Currently at Illinois River Correctional Center Serving a 4 year at 50% Term for The offense of One Count of (Unlawful Possession of A Firearm by A Felon)

• I Respectfully Petition your Department to consider me For any Amount of Discretionary Sentance Good Conduct credit.

• Wherefore due to Covid-19 Safety Guidelines My Right to Pursue Rehabilitative Programs And My Right To be Provided Adequate Recreational Privileges Have Become NON-EXISTENT.

• WHEREFORE THE SUBSCRIBER PURSUANT TO 735 ILCS  5/109-3 STATE THE ABOVE AND BEFORE MENTIONED ARE TRUE AND ACCURATE TO THE BEST OF HIS KNOWLEDGE.

Date: May 8, 2021      * Respectfully Submitted
                Signature: DaVaree Darden  Y33514

Hello. My name is Davaree Darden. I am an inmate at Illinois River Correctional Center. I am currently here serving a 4 year at 50% sentance. Im writing this to respectfully ask your department to consider me for any amount of Discretionary Sentance Good Conduct Credit. Im asking because I have been denied Schooling. Ive been waiting to get enrolled in School for abaut 7 months. Ive wrote the school director and school teachers every week for the last 2 months (up to date) to ask to be enrolled. I was told that I dont have enough time left to be enrolled in school. I have 7 months left. My outdate as of right now is (Dec 15, 2021). Ive been trying to enroll in (Advance Abe) which is a class to prep me to prepare for me getting my (GED). Their are no other classes or programs I can take to help me earn Sentance credit. Due to the Covid-19 pandemic alot of programs and classes are not being ran. can I please get some help. The pandemic has caused alot of problems and backed everything up. If I can be considered for any amount of Discretionary Sentance Good Conduct Credit I would highly appreciate it and Ill be forever gratefull. Please respond back and Address this issue. Thanks

Date: May 8, 2021          Davaree Darden Y33514



Dalaree Darden 1336 14
Illinois River C.C.
P.O. Box 999
Canton, IL 61520

PEORIA IL 615

10 MAY 2021 PM 1 T

Central District of Illinois
Office of the Clerk
UNITED STATES DISTRICT COURT
151 U.S. Courthouse
600 East Monroe St
Springfield, IL 62701

62701816525

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

**RECEIVED**

MAY 1 9 2021

U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS